DANIEL M. PETROCELLI (CA Bar No. 97802)
*Pro Hac Vice Forthcoming*
dpetrocelli@omm.com
JEFFREY A. BARKER (CA Bar No. 166327)
*Pro Hac Vice Forthcoming*
jbarker@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

DICKINSON WRIGHT, PLLC
ERIC D. HONE (NV Bar No. 8499)
ehone@dickinsonwright.com
GABRIEL A. BLUMBERG (NV Bar No. 12332)
gblumberg@dickinsonwright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113
Telephone: (702) 382-4002
Facsimile: (702) 382-1661

Attorneys for Defendants Top Rank, Inc. and Emmanuel Pacquiao

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN ASSALIAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TOP RANK, INC., a Nevada corporation; MAYWEATHER PROMOTIONS, LLC, a Nevada limited liability company; EMMANUEL D. PACQUIAO; and FLOYD MAYWEATHER, JR.,<br><br>Defendants. | Case No. 2:15-cv-00855-APG-GWF<br><br>Hon. Andrew P. Gordon<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

1       Plaintiff John Assalian ("Plaintiff") and defendants Top Rank, Inc. ("Top Rank") and Emmanuel Pacquiao (collectively, "Defendants," and together with Plaintiff, the "Parties"), through their respective counsel of record, hereby stipulate as follows:

      WHEREAS, Plaintiff filed his Complaint on May 6, 2015;

      WHEREAS, Plaintiff served the Complaint on Top Rank on June 12, 2015;

      WHEREAS, absent an extension of time, Top Rank is due to answer or otherwise respond to the Complaint on or before July 6, 2015;

      WHEREAS, counsel for Defendants executed a Waiver of the Service of Summons on behalf of Pacquiao dated June 17, 2015;

      WHEREAS, absent an extension of time, Pacquiao is due to answer or otherwise respond to the Complaint on or before August 17, 2015;

      WHEREAS, there have been multiple actions related to this case filed in United States District Courts across the country (the "Actions");

      WHEREAS, a motion under 28 U.S.C. § 1407 has been filed with the Judicial Panel on Multidistrict Litigation (the "JPML") to centralize the Actions for coordinated or consolidated pretrial proceedings, *see In re: Pacquiao-Mayweather Boxing Match Pay-Per-View Litigation*, MDL No. 2639 (J.P.M.L. May 8, 2015) [Dkt. 1];

      WHEREAS, the JPML has scheduled a hearing session and oral argument on the pending motion under 28 U.S.C. § 1407 for July 30, 2015, *see id.* [Dkt. 100];

      WHEREAS, for efficiency's sake, initial status hearings and briefing on pre-answer motions to dismiss in these Actions should not be scheduled until the JPML has ruled on the pending motion to centralize the Actions, it has been determined which court will preside over the Actions, and any consolidated amended complaint has been filed;

      WHEREAS, there have not been any prior requests for extensions in the above-captioned matter;

WHEREAS, all Parties join in this Stipulation;

NOW, THEREFORE, pursuant to Local Rule 6-1 and subject to the approval of the Court, the Parties hereby stipulate as follows:

1. Defendants' time to answer, move or otherwise respond to Plaintiff's Complaint is hereby extended to forty-five (45) days after the Actions have been coordinated or consolidated in a single forum and a consolidated amended complaint has been filed (or lead plaintiffs' counsel has announced by filed notice that it will not be filing a consolidated amended complaint), or, if the Actions are not coordinated or consolidated in a single forum, forty-five (45) days after the JPML issues its decision on the pending motion under 28 U.S.C. § 1407; and

2. No defense of any Defendant is prejudiced or waived by its submission of this Stipulation, including whether the correct corporate entity has been named as a defendant.

IT IS SO STIPULATED.

Dated: June 29, 2015

/s/ Eric D. Hone
Eric D. Hone (NV Bar No. 8499)
DICKINSON WRIGHT, PLLC
ehone@dickinsonwright.com
Gabriel A. Blumberg (NV Bar No. 12332)
gblumberg@dickinsonwright.com

Daniel M. Petrocelli (CA Bar No. 97802)
Jeffrey A. Barker (CA Bar No. 166327)
*Attorneys for Defendants Top Rank, Inc. and Emmanuel Pacquiao*

/s/ Mario M. Choi
G. Mark Albright
William H. Stoddard, Jr.
ALBRIGHT, STODDARD, WARNICK & ALBRIGHT
gma@albrightstoddard.com
bstoddard@albrightstoddard.com

Laurence D. King (*pro hac vice*)
Linda M. Fong (*pro hac vice*)
Mario M. Choi (*pro hac vice*)
KAPLAN FOX & KILSHEIMER LLP
*Attorneys for Plaintiff*

SO ORDERED.

Dated: June 30, 2015.

_____
UNITED STATES DISTRICT JUDGE